UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL CELENTANO,    )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )    Docket No. 1:11-cv-00430-DBH<br>MAINE CRIMINAL JUSTICE ACADEMY    )<br>and    )<br>ERIC PARKER, individually    )<br>    )<br>    Defendants.    ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby agree to dismissal of the above action with prejudice and without costs.

DATED: August 31, 2012         /s/ James A. Clifford
                               JAMES A. CLIFFORD
                               Law Offices of James Clifford
                               One Monument Way, Suite 421
                               Portland, ME 04101
                               Tel. (207) 541-9101
                               Fax (207) 351-1817
                               jamesclifford@jamescliffordlaw.com

                               Attorney for Plaintiff


DATED: August 31, 2012         /s/ Kelly L. Turner
                               KELLY L. TURNER
                               Assistant Attorney General
                               Office of the Attorney General
                               Six State House Station
                               Augusta, Maine  04333-0006
                               Tel.  (207) 626-8814
                               Fax (207) 287-3145
                               kelly.turner@maine.gov

                               Attorney for Defendants

2

## CERTIFICATE OF SERVICE

   I hereby certify that on August 31, 2012, I electronically filed this Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the following:

  James A. Clifford, Esq.
  jamesclifford@jamescliffordlaw.com

             /s/ Kelly L. Turner
             KELLY L. TURNER
             Assistant Attorney General
             Office of the Attorney General
             6 State House Station
             Augusta, Maine  04333-0006
             Tel.  (207) 626-8552
             Fax (207) 287-3145
             kelly.turner@maine.gov